## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TYRONE ELLIS**                                                                        **PLAINTIFF**
**ADC #149250**

**v.**                              **Case No. 4:24-cv-00182-LPR**

**KENYON RANDLE, et al.**                                                    **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 11), as well as the Plaintiff's Supplemental Affidavits to his Amended Complaint (Doc. 15).[1]   After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.  The Clerk is instructed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Plaintiff's Affidavits as objections to the RD, to the extent it is appropriate to do so.  The Court also does the same with two "Notices" filed by Plaintiff (Docs. 17 & 18).